UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RAYMOND LEROY STEELE,**　　　　　　　　　Case No. 3:16-cv-01736-JE

　　Plaintiff,

vs.

　　　　　　　　　　　　　　　　　　　　　PROPOSED ORDER FOR EAJA FEES
**COMMISSIONER of Social Security**,

　　Defendant.

　　Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of **$7046.24** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

　　If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Martin R. Cohen, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

　　　　　　　　　　　**Martin R. Cohen**
　　　　　　　　　　　**Attorney at Law**
　　　　　　　　　　　**PO Box 1229**
　　　　　　　　　　**Lake Oswego, OR 97035**


DATED this  2nd  day of May, 2018.　　　　　　　/s/ John Jelderks
　　　　　　　　　　　　　　　　　　　　　　HON. JOHN JELDERKS
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Presented by:
/s/ Martin R. Cohen
**MARTIN R. COHEN,** OSB # 77023
(503) 635-5805
Attorney for Plaintiff